IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 13-cr-00066-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HOWARD GREGORY ALT,

        Defendant.

---

## ORDER EXPANDING MONITORED COMPUTER USE

---

        THIS MATTER comes before the Court upon report from the Probation Office and, upon review of the previous order granting computer use, being advised that both government and defense counsel agree with the expansion of Defendant's computer use:

        **HEREBY ORDERS** that the previously approved Order is expanded, authorizing Defendant to use his monitored computer to:

1)    Seek employment;
2)    Maintain communication with known contacts in the communication field;
3)    Seek further advancement of his skills through web-based educational programs; and,
4)    Use the computer off-line to write programming codes.

        DATED this 16th day of May, 2013.

                                    **BY THE COURT:**

                                    _____

                                    Marcia S. Krieger
                                    Chief United States District Judge